UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK DANA MCKIBBIN,<br><br>Defendant. | 6:20-cr-00433-AA<br><br>**INFORMATION**<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846<br><br>**Forfeiture Allegation** |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
(Conspiracy to Possess with Intent to Distribute Methamphetamine)
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846)

From on or about October 26 to November 16, 2018, in the District of Oregon, defendant **MARK DANA MCKIBBIN**, did knowingly combine, conspire, and confederate with others to distribute, and possess with intent to distribute, 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

/////

/////

**Information** **Page 1**
Revised April 2018

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **MARK DANA MCKIBBIN** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: September 24, 2020

        Respectfully submitted,

        BILLY J. WILLIAMS
        United States Attorney

        */s/ Joseph H Huynh*
        JOSEPH H. HUYNH
        Assistant United States Attorney